**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GABRIEL JURADO,

        Petitioner,         2:13-CV-00251-GMN-PAL

vs.

                               **ORDER**

BRIAN WILLIAMS, *et al.,*

        Respondents.

This is a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 14, 2013, the court denied petitioner's application to proceed *in forma pauperis*, finding that the financial information he provided indicated that he is able to pay the full fee pursuant to 28 U.S.C. § 1915 (ECF #3).

On May 16, 2013, petitioner filed a notice of change of address (ECF #4). In that document he notes that his sister paid the filing fee on March 26, 2013 via personal money order (*id*. at 2). However, to date the court has not received the filing fee.

**IT IS THEREFORE ORDERED** that petitioner shall have **thirty (30)** days from the date this order is **ENTERED** in which to have the designated fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

**DATED** this 21st day of May, 2013.

Gloria M. Navarro
United States District Judge