# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GABRIEL JURADO,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:13-cv-00251-GMN-PAL

**ORDER**

    The Court directed Petitioner to show cause why the Court should not dismiss this action pursuant to 28 U.S.C. § 2244(b) as a second or successive petition for a writ of habeas corpus. Order (ECF No. 8). Petitioner has not complied with the Court's order within the allotted time. The Court will dismiss this action.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the Court will not issue a Certificate of Appealability.

    **IT IS THEREFORE ORDERED** that the Motion for Appointment of Counsel (ECF No. 2) is **DENIED as moot**.

    **IT IS FURTHER ORDERED** that this action is **DISMISSED** as a second or successive petition for a writ of habeas corpus. The Clerk of the Court shall enter judgment accordingly.

    **IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

    **DATED** this 23rd day of September, 2013.

Gloria M. Navarro
United States District Judge